IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                        Crim. No.: 3:04cr98-LAC

ROBERT A. CEKOSKY
  a/k/a Howard H. Burney,
  a/k/a Lionel C. O'Grady,
  a/k/a Richard P. Black

---

## AMENDED FINAL ORDER OF FORFEITURE AS TO DEFENDANT ROBERT A. CEKOSKY

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture, <u>inter alia</u>, of all currency of the defendant, **ROBERT A. CEKOSKY**, pursuant to Title 18, United States Code, Sections 1028(a)(7) and (b), Title 42, United States Code, Section 408(a)(7)(B), and Title 26, United States Code, Section 7206(1), as currency constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in Counts One, Two, Ten and Fifteen of said Indictment and/or currency used or intended to be used to commit or promote the commission of the offenses set forth in Counts One, Two, Ten and Fifteen of said Indictment;

AND WHEREAS, on or about January 20, 2005, defendant, **ROBERT A. CEKOSKY,** pleaded guilty to the violations set forth in Counts One, Two, Ten and Fifteen in regard to the defendants' interest in the specifically below described currency;

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 MAY 11 PM 12: 07

FILED

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to possession of said currency, pursuant to Title 18, United States Code, Section 982(a)(2) and Rule 32(d)(2) and 32.2(c) of the Federal Rules of Criminal Procedure;

AND WHEREAS, on April 12, 2005, this Court entered a Judgment and Commitment Order in which the Court incorporated a final order of forfeiture to the United States in the amount of $69,596;

IT IS HEREBY ORDERED:

1.  That all of defendant **ROBERT A. CEKOSKY's** right, title and interest in the currency described below is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **ROBERT A. CEKOSKY** for all purposes.

2.  That the currency which is subject to forfeiture in this Order is as follows:

**SIXTY NINE THOUSAND FIVE HUNDRED NINETY SIX DOLLARS ($69,596) IN UNITED STATES CURRENCY**

located in three separate accounts. The first two accounts are with Bank Trust, Account Number 0113763706 in the amount $3,361.25 and Account Number 0120837006 in the amount of $37,893.96. The third and final account is with EverBank, Account Number 06300140369 in the amount of $28,340.79.

3. That upon adjudication of all third party interests, or if no third party claims are filed pursuant to Title 18, United States Code, Section 982(a)(2), and Rule 32.2(c), Fed. R. Crim. P. the United States shall dispose of said currency in accordance with law or further Order of this Court.

IT IS SO ORDERED this 10th day of May 2005.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE