IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 3:04cr98/LAC

ROBERT A. CEKOSKY
  a/k/a Howard H. Burney,
  a/k/a Lionel C. O'Grady,
  a/k/a Richard P. Black
_____/

## FINAL ORDER OF FORFEITURE AS
## TO ALL PERSONS OR ENTITIES

WHEREAS, on May 11, 2005, the Court entered an Amended Final Order of Forfeiture As To Defendant **ROBERT A. CEKOSKY,** with regard to said currency, pursuant to the provisions of Title 18, United States Code, Section 982, and Rule 32.2, Fed R. Crim.P;

AND WHEREAS, On April 12, 2005, this Court entered a Judgment and Commitment Order in which the Court incorporated a final order of forfeiture to the United States in the amount of $69,596.00;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in the Pensacola News Journal June 14, 2005, and of the intent of the United States to dispose of the currency in accordance with Title 21, United States Code, Section 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the currency.

AND WHEREAS, no claims or petitions, have been filed in this action, and the time for filing petitions expired on July 14, 2005. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 AUG -8 AM 10: 59

FILED

1. That the right, title and interest to all of the hereinafter described currency is hereby condemned, forfeited and vested in the United States of America.

2. That the currency which is subject to forfeiture in this Order is as follows:

**SIXTY NINE THOUSAND FIVE HUNDRED NINETY SIX and 00/100 DOLLARS ($69,596.00) IN UNITED STATES CURRENCY**

3. That no person or entity has established that they have any legal right, title or interest in said currency forfeited to the United States of America by Order entered on May 11, 2005, and said forfeiture is now final.

4. That the United States Marshal shall dispose of said currency in accordance with law.

IT IS SO ORDERED this 8th day of Aug, 2005.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE