IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   Case No. 3:04cr98/LAC

ROBERT A. CEKOSKY,
  a/k/a Howard H. Burney,
  a/k/a Lionel C. O'Grady,
  a/k/a Richard P. Black,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on limited remand from the Eleventh Circuit Court of Appeals relevant to Defendant's construed motion for bond pending appeal (doc. 61) which was denied by the Court on July 20, 2005. In accordance with the remand, this Court now recounts its reasons for the denial of the motion.

Release pending appeal was inappropriate in this case because of the Defendant's history of lack of credibility and his tendency toward volatile and violent behavior. As detailed during Defendant's sentencing hearing, his background reveals extensive and sophisticated knowledge in the areas of identity theft and concealment of both himself and his monetary assets. Defendant was well versed in maintaining fraudulent bank accounts and

in moving money back and forth between them, and he clearly had access to significant sums of money. While Defendant stated that he learned about identity theft and decided to practice this knowledge after viewing a "Sixty Minutes" episode on the subject, he in fact had written a book on the subject years before.

Defendant's background also includes violent behavior as he shot a person in the back three times, although this may have been in self defense. Defendant did avoid service of process of a wrongful death lawsuit based on the incident, however. Also noted are incidents of insulting and threatening behavior by Defendant toward law enforcement and government officials. Defendant was also noted to have suicidal ideation in the past.

In sum, the Court found Defendant to be a significant flight risk due to his history of lack of credibility, his deceptive behavior, his past flight, and his ability, monetary and otherwise, to flee again. Furthermore, his history of fraudulent activity and volatile behavior pose a danger to society. Based on these factors, the Court denied the motion for bond.

As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

**ORDERED** on this 13th day of September, 2005.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge